JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/24/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAYMOND CLARK,               ) Case No. CV 15-1154-MWF(AJW)
                             )
        Petitioner,          )
                             )
    v.                       )
                             ) JUDGMENT
TIM PEREZ,                   )
                             )
        Respondent.          )
_____)

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: June 24, 2015

Michael W. Fitzgerald
United States District Judge